IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED

03 MAR 24 PM 1:56

U.S. DISTRICT COURT
N.D. OF ALABAMA

DARLENE TRAMMELL,          )
                          )
     Plaintiff,           )
                          )
                          )        CIVIL ACTION NO.
v.                        )        03-AR-0450-S
                          )
RECEIVABLE MANAGEMENT     )
SOLUTIONS, INCORPORATED, et )
al.,                      )
                          )
     Defendants.          )



ENTERED

MAR 2 4 2003

### MEMORANDUM OPINION

It would be an ultimate irony and an intolerable anomaly to allow defendant, Sherman Acquisitions, LP ("Sherman"), to join in the notice of removal while denying the efficacy of the service of a summons and complaint upon it more than thirty (30) days before the notice of removal was filed.   The burden of proving the requisites of removal jurisdiction is upon the removing defendants. The court in this case finds that the removing defendants have not met the burden of proving that Sherman was not served with process on January 23, 2003, more than thirty (30) days before the notice of removal on February 27, 2003.   A copy of the record  of the Circuit Court of Jefferson County, Alabama, Bessemer Division, reflecting service on the three defendants, and presumptively valid, is attached hereto as Exhibit "A".

The removing defendants attempt to explain the failure of defendant, Campo Electronics, Appliances & Computers, Inc. ("Campo") to consent to the removal after being served on January

22, 2003, also as reflected in Exhibit "A", by saying that Campo is "a defunct corporation," whatever that means.   If Campo is in bankruptcy, that fact would, of course, act as a automatic stay and would constitute a valid excuse for Campo's not having joined in or consented to the removal.   A served defendant merely being hard to find by its fellow defendants does not excuse the removing defendants from gathering up **all** served defendants and obtaining their timely joinder or consent to the removal.

For these reasons, the court agrees with plaintiff's motion to remand, which will be granted by separate order.

DONE this _24th_ day of March, 2003.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Receivables Management Solutions, Inc.
992 South Robert Street
West St. Paul, Minnesota 55118

CV03-8 D1

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7099 3400 0008 3747 2804

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-18

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Campo Electronics, Appliances & Computers, Inc.,
c/o The Corporation Company
2000 Interstate Park Drive, Ste 204
Montgomery, AL 36109

CV03-8 D2

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name) C. Date of Delivery
   1/22/03

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7099 3400 0008 3747 8880

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-18

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sherman Acquisitions, LP
c/o Alegis Group, LP
Paracorp Incorporated
2724 10th Avenue
Huntsville, AL 35805

CV03-8 D3

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tina Holder ☐ Agent ☐ Addressee

B. Received by ( Printed Name) C. Date of Delivery
   Tina Holder 1/23-3

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7099 3400 0008 3747 3831

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-18

```
1/63251                                              CV 2003 000008.00

                                        JUDGE: DAN C. KING III
-------------------------------------------------------------------
                ALABAMA JUDICIAL DATA CENTER
                     CASE ACTION SUMMARY
                        CIRCUIT CIVIL
-------------------------------------------------------------------
  IN THE CIRCUIT COURT OF JEFF-BESMR   COUNTY

  DARLENE TRAMMELL  VS  RECEIVABLE MANAGEMENT SOLUTIONS, INC. ET AL
FILED: 01/06/2003 TYPE: INVASION OF PRIVACY  TYPE TRIAL: NON-JURY  TRACK:

***********************************************************************
DATE1:            CA:                   CA DATE:
DATE2:            AMT:          5.00  PAYMENT:
DATE3:
***********************************************************************
PLAINTIFF  001: TRAMMELL DARLENE
                                   ATTORNEY: THOMASON BILL
                                   TH0006     PO BX 627
              , AL  00000-0000
              PHONE: (205)000-0000            BESSEMER, AL  35021
ENTERED:  01/17/2003 ISSUED:            TYPE:          (205)428-0702
SERVED:              ANSWERED:          JUDGEMENT:
-------------------------------------------------------------------
DEFENDANT  001: RECEIVABLES MANAGEMENT SOLUTIONS, INC.
                992 SOUTH ROBERT ST     ATTORNEY:

              WEST ST PAUL, MN  55118-0000
              PHONE: (205)000-0000
ENTERED:  01/17/2003 ISSUED:            TYPE:
SERVED:              ANSWERED:          JUDGEMENT:
-------------------------------------------------------------------
DEFENDANT  002: CAMPO ELECTRONICS, APPLIANCES & COMPUTERS, INC.
                %THE CORPORATION COMPANY  ATTORNEY:
                2000 INTERSTATE PK DR 204
                MONTGOMERY, AL  36109-0000
                PHONE: (205)000-0000
ENTERED:  01/17/2003 ISSUED:            TYPE:
SERVED:              ANSWERED:          JUDGEMENT:
-------------------------------------------------------------------
DEFENDANT  003: SHERMAN ACQUISITIONS, LP
                % ALEGIS GROUP, LP       ATTORNEY:
                2724 10TH AVE
                HUNTSVILLE, AL  35805-0000
                PHONE: (205)000-0000
ENTERED:  01/17/2003 ISSUED:            TYPE:
SERVED:              ANSWERED:          JUDGEMENT:
-------------------------------------------------------------------
```

| Date | |
|---|---|
| 1/6/03 | Complaint            Cover Sheet |
| 1/6/03 | Interrogatories to Defendant Receivables Management Solutions, Incorporated |
| 1/17/03 | Summons, Complaint and Interrogatories issued by Cert Mail to: |
| | 1) Receivables Management Solutions, Inc. Ex 1/28/03 atty Notified |
| | 2) Campo Electronics, Appliances & Computers, Inc. Ex 1/22/03 atty Notified |
| | 3) Sherman Acquisitions, LP Ex 1/23/03 atty Notified |
| 2/28/03 | Notice to Circuit Clerk on Filing Notice of Removal |

```
4K   01/17/2003                                      CV 2003 000008.00
```